DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

PARTIN v. CITY OF RALEIGH

No. 143 PC.

Case below: 9 N.C. App. 269.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 5 October 1970.

PERRY v. SUGGS

No. 2 PC.

Case below: 9 N.C. App. 128.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 5 October 1970.

PUBLIC SERVICE CO. v. KISER

No. 5 PC.

Case below: 9 N.C. App. 202.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 5 October 1970.

SMITH v. FOUST

No. 11 PC.

Case below: 9 N.C. App. 264.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 5 October 1970.

STATE v. CLEARY

No. 6 PC.

Case below: 9 N.C. App. 189.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 5 October 1970.

STATE v. HILL

No. 17 PC.

Case below: 9 N.C. App. 279.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 5 October 1970.